ACCEPTED
14-15-00036-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 11:08:56 AM
CHRISTOPHER PRINE
CLERK

No. 14-15-00036-CR

| | | |
|---|---|---|
| JUSTIN PARKER RUSSELL | § | TEXAS COURT OF APPEALS |
| | § | |
| v. | § | FOURTEENTH APPELLATE |
| | § | DISTRICT |
| STATE OF TEXAS | § | |
| | | HOUSTON, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 11:08:56 AM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEARANCE

**TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:**

COMES NOW JOHN T. HUNTER, undersigned counsel, and submits this notice of appearance as appellate counsel for Justin Parker Russell. Mr. Russell has retained undersigned to represent him on appeal in this cause and consents to this representation.

Respectfully submitted,

John T. Hunter
Bar No. 24077532
THE LAW OFFICE OF JOHN HUNTER
310 S. St. Mary's Street
Suite 1840 – Tower Life Bldg.
San Antonio, Texas 78205
(210) 399-8669
(210) 568-4927 (telecopier)
jth753@gmail.com